# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: **Roanne Mann**  DATE: **11/18/19**

DOCKET NUMBER: **19-644M**  LOG #: **11:14 – 11:21 am**

DEFENDANT'S NAME: **Garrett O'Rourke**

☒ Present  ☐ Not Present  ☐ Custody  ☐ Bail

DEFENSE COUNSEL: *by telephone* **Roland Riopelle**

☐ Federal Defender  ☐ CJA  ☒ Retained

A.U.S.A: **Ryan Harris for H. Mehta**  CLERK: **E. Williams**

INTERPRETER: _____ (Language) _____

- ☐ Defendant arraigned on the: ☐ indictment ☐ superseding indictment ☐ probation violation
- ☐ Defendant pleads NOT GUILTY to ALL counts.
- ☐ DETENTION HEARING Held.  ☐ Defendant's first appearance.
  - ☐ Bond set at _____  Defendant ☐ released ☐ held pending satisfaction of bond conditions.
  - ☐ Defendant advised of bond conditions set by the Court and signed the bond.
  - ☐ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  - ☐ (Additional) surety/ies to co-sign bond by _____
  - ☐ After hearing, Court orders detention in custody.  ☐ Leave to reopen granted
- ☐ Temporary Order of Detention Issued. Bail Hearing set for _____
- ☐ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
- ☒ Order of Excludable Delay/Speedy Trial entered. Start **11/18/19** Stop **12/18/19**
- ☐ Medical memo issued.
- ☐ Defendant failed to appear, bench warrant issued.
- ☐ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____