**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
**UNITED STATES OF AMERICA,**

              -against-                    :      19 **MJ 644 (KAM)**

                                      : **NOTICE OF**
**GARRETT O'ROURKE,**               **CHANGE OF ADDRESS**

             **Defendant.**            :

-------------------------------------------------------------------------X

PLEASE TAKE NOTICE THAT, on June 29, 2020 the address for Sercarz & Riopelle, LLP, attorneys for defendant Garrett O'Rourke, will change.  The new address for Sercarz & Riopelle, LLP shall be:

> Sercarz & Riopelle, LLP
> 950 Third Avenue, 32nd Flooer
> New York, NY  10022
>
> Telephone Number: 212-586-4900
> Fax Number: 212-586-1234

Please make a note of this change of address.

                                                            Respectfully submitted.

                                                            *Roland G. Riopelle*
                                                            Sercarz & Riopelle, LLP
                                                            950 Third Avenue, 32nd Floor
                                                            New York, NY  10022
                                                            (212) 586-4900