# SERCARZ & RIOPELLE, LLP
810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

*ADMITTED IN NY & NJ

August 10, 2020

BY ECF

Honorable Kiyo A. Matsumoto
United States District Judge
225 Cadman Plaza East, Chambers Room 905 South
Brooklyn, NY 11201

*Re: <u>SEC v. Michael Black and Garrett O'Rourke</u>,
19-CR-407 (KAM)*

Dear Judge Matsumoto:

      I am counsel to the Defendant, Garrett O'Rourke, in the above-referenced matter. I write to request that the Court extend the Defendant's bail limits to permit him to travel to Avon, Colorado from Wednesday January 20, 2021 to Sunday January 24, 2021, in order visit friends, and to extend the Defendant's bail limits to permit him to travel freely in the State of Florida. I have discussed this application with AUSA Hiral Mehta, and he has no objection to it. The reasons for the request are as follows.

      Mr. O'Rourke was arrested and charged with crimes sounding in securities fraud more than a year ago. He was granted bail at the time of his arrest, and has been compliant with the terms of his bail since that time. Since his arrest, Mr. O'Rourke has traveled to New York to meet with me and to attend Court without incident. Mr. O'Rourke has also traveled to Virginia to visit his brother without incident.

      Mr. O'Rourke has a friend located in Avon, Colorado, who has invited Mr. O'Rourke and his wife to visit him from Wednesday January 20 to Sunday January 24, 2021. As noted above, Mr. Mehta has no objection to this travel.

      Mr. O'Rourke's bail conditions restrict his travel to the Southern District of Florida, where he lives, and to the Southern and Eastern Districts of New York. Mr. O'Rourke has friends located in Florida, who live outside the Southern District of Florida. Mr. O'Rourke has not traveled to visit these friends to date, but he would like to do so from time to time. Given the likelihood that Mr. O'Rourke will begin traveling in Florida more frequently, he respectfully requests that the Court extend his bail limits to the State of Florida, rather than just the Southern District of Florida. Again, Mr. Mehta has no objection to this request.

1

If the Court is willing to grant this unopposed application, it may do so by endorsing this letter at the "So Ordered" signature line below.

Respectfully submitted,

*Roland G. Riopelle*

Roland G. Riopelle

Cc: Hiral Mehta, Esq. (By ECF and Email)

The Defendant, Garrett O'Rourke having made an application to modify his bail limits to permit him to travel to Avon, Colorado from January 20-January 24, 2021, and to travel freely within the State of Florida, and good cause appearing to grant this application, and the government having no objection to this application,

IT IS ORDERED THAT the Defendant, Garrett O'Rourke's bail limits are hereby modified to permit him to travel to Avon, Colorado from January 20-January 24, 2021, and to allow him to travel freely within the State of Florida.

SO ORDERED:

_____
HON. KIYO A. MATSUMOTO
U. S. D. J.