**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**UNITED STATES OF AMERICA,**

        **-against-**                 :     **19 MJ 644 (KAM)**

                                 : **NOTICE OF**
**GARRETT O'ROURKE,**               **CHANGE OF ADDRESS**

               **Defendant.**        :

-------------------------------------------------------------------X

        PLEASE TAKE NOTICE THAT, on December 20, 2021 the address for Sercarz & Riopelle, LLP, attorneys for defendant Garrett O'Rourke, will change.  The new address for Sercarz & Riopelle, LLP shall be:

        Sercarz & Riopelle, LLP
        950 Third Avenue, **31st Floor**
        New York, NY  10022

        Telephone Number: 212-586-4900
        Fax Number: 212-586-1234

    Please make a note of this change of address.

                            Respectfully submitted.

                            *Roland G. Riopelle*
                            Sercarz & Riopelle, LLP
                            950 Third Avenue, 31st Floor
                            New York, NY  10022
                            (212) 586-4900